O AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUIS ARANGO )
)
Plaintiffs, )
)
v. ) Civil Action No.:
)
CAVALRY SPV I, LLC )
) 2:15-CV-693-FtM-99MRM
Defendant. )

**Summons in a Civil Action**

To: CAVALRY SPV I, LLC
Through its registered agent, CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Joseph C. LoTempio, Esq.
Dellutri Law Group, PA
1436 Royal Palm Square Boulevard
Fort Myers, Florida 33919
(239) 939-0900

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Sheryl L. Loesch
Name of clerk of court

Date: 11-4-15

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)