**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

LUIS ARANGO,

        Plaintiff,

                                         Case No. 2:15-cv-00693-UA-MRM

v.

CAVALRY SPV I, LLC,

        Defendant.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

      In accordance with Local Rule 1.04(d), I certify that the instant action:

  X   IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                                *In re Luis Arango and Claudia Osorio*, **United States Bankruptcy Court for the Middle District of Florida, Fort Myers Division, case no. 9:14-bk-14793-FMD**

_____   IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

      I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: November 6, 2015             *Respectfully submitted,*

                                  **THE DELLUTRI LAW GROUP, P.A.**
                                  The Dellutri Law Group Plaza
                                  1436 Royal Palm Square Blvd.
                                  Fort Myers, FL  33919
                                  (239) 939-0900
                                  (239) 939-0588 – Fax
                                  www.DellutriLawGroup.com
                                  *Attorneys for Plaintiff*

1

By:  /s/ Joseph C. LoTempio
     Joseph C. LoTempio, Esq.
     Fla. Bar No. 0086097
     jlotempio@dellutrilawgroup.com